FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 JUN 15 AM 11: 21

CLERK C. Robinson
_____ GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JEREMY NICHOLAS TAYLOR, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-163 |
| | * | |
| v. | * | |
| | * | |
| WARDEN-FCI JESUP, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Jeremy Taylor ("Taylor") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Taylor's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, and **DENIES as moot** Respondent's Motion to Dismiss. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and

AO 72A
(Rev. 8/82)

**DENIES** Taylor *in forma pauperis* status on appeal.

**SO ORDERED**, this ___15___ day of ___June___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)