AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 JUN 16 AM 10: 35
CLERK C. Robinson
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

JEREMY NICHOLAS TAYLOR,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV219-163

WARDEN-FCI JESUP,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 15th of June 2020, ADOPTING the Magistrate Judge's Report and Recommendation as the opinion of the Court, DISMISSES without prejudice Taylor's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, and DENIES as moot Respondent's Motion to Dismiss. The Court DENIES Taylor in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEROGIA

Date: June 16, 2020

John E. Triplett, Acting Clerk
Clerk

_Candy Asbell_
(By) Deputy Clerk

GAS Rev 10/1/03